1

2

3

4

5

6

7

8                    United States District Court

9                    Eastern District of California

10

11

12  Robert Elmer Barber,

13          Petitioner,              No. Civ. S 04-1844 MCE PAN P

14      vs.                          Order

15  McGregor W. Scott, et al.,

16          Respondents.

17                          -oOo-

18      September 2, 2004, petitioner filed a motion to determine

19  whether venue for his habeas action lay in this court.  December

20  6, 2004, petitioner submitted a petition for a writ of habeas

21  corpus and since petitioner did not put any case number in the

22  caption, the Clerk of the Court opened a new case.  December 22,

23  2004, the court determined venue is proper in this court and gave

24  petitioner 30 days to submit an application for a writ of habeas

25  corpus in this case.  February 1, 2005, this file was closed

26  because petitioner did not submit a habeas petition.  March 30,

Dockets.Justia.com

1   2005, a different magistrate determined the December 6 habeas

2   petition should have been filed in this case and directed the

3   Clerk of the Court to make that petition part of this file.

4       Examination of the in forma pauperis affidavit reveals

5   petitioner is unable to afford the costs of suit.  Leave to

6   proceed in forma pauperis is granted.  See 28 U.S.C. § 1915(a).

7       A judge "entertaining an application for a writ of habeas

8   corpus shall forthwith award the writ or issue an order directing

9   the respondent to show cause why the writ should not be granted,

10  unless it appears from the application that the applicant or

11  person detained is not entitled thereto." 28 U.S.C. § 2243.

12  Petitioner may be entitled to relief.

13      I therefore vacate the February 1, 2005, order to close this

14  file, grant petitioner's request to proceed in forma pauperis and

15  direct respondent to respond to petitioner's application within

16  60 days.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer

17  shall be accompanied by any and all transcripts or other

18  documents relevant to the determination of the issues presented

19  in the application.  See Rule 5, Fed. R. Governing § 2254 Cases.

20  Petitioner's reply, if any, shall be filed and served within 30

21  days of service of an answer.  If the response to petitioner's

22  application is a motion, petitioner's opposition or statement of

23  non-opposition shall be filed and served within 30 days of

24  service of the motion, and respondent's reply, if any, shall be

25  filed within 15 days thereafter.  The Clerk of the Court shall

26  serve a copy of this order together with a copy of petitioner's

December 6, 2004, petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jo Graves, Senior Assistant Attorney General for the State of California.

Dated:  May 26, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge