IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ELMER BARBER,   No. CIV-S-04-1844 MCE/PAN P

        Petitioner,

   v.   ORDER

S. RYAN, Warden,

        Respondent.

_____/

    On June 9, 2005, petitioner filed a request for reconsideration of the magistrate judge's order filed May 27, 2005, vacating the May 26, 2005, order to close this file and directing service of the petition placed in this file December 6, 2004.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

1

1 | Insofar as petitioner seeks to substitute Warden S. Ryan as
2 | respondent, the request is granted.  See Rules Governing § 2254
3 | Proceedings, Rule 2(a).
4 |    Therefore, IT IS HEREBY ORDERED that, upon reconsideration,
5 | the order of the magistrate judge filed May 27, 2005, is
6 | affirmed.
7 | DATE: July 11, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2