United States District Court

Eastern District of California

Robert Elmer Barber,

    Petitioner,

vs.

McGregor W. Scott, et al.,

    Respondents.

No. Civ. S 04-1844 MCE PAN P

Order

-oOo-

July 21, 2005, respondent requested an extension of time to file and serve a response to the petition.  Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated:  August 11, 2005.

                /s/ Peter A. Nowinski
                PETER A. NOWINSKI
                Magistrate Judge