United States District Court

Eastern District of California

Robert Elmer Barber,

    Petitioner,                    No. Civ. S 04-1844 MCE PAN P

  vs.                            Order

McGregor W. Scott, et al.,

    Respondents.

-oOo-

    August 19, 2005, respondent requested an extension of time to file and serve a response to the petition. Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  September 1, 2005.

                                     /s/ Peter A. Nowinski
                                     PETER A. NOWINSKI
                                     Magistrate Judge