United States District Court

Eastern District of California

Robert Elmer Barber,

    Petitioner,   No. Civ. S 04-1844 MCE PAN P

 vs.   Order

McGregor W. Scott, et al.,

    Respondents.

-oOo-

September 28, 2005, respondent requested an extension of time to file and serve a response to the petition. Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed. No further extensions will be granted.

So ordered.

Dated: September 29, 2005.

                    /s/ Peter A. Nowinski
                    PETER A. NOWINSKI
                    Magistrate Judge