United States District Court

Eastern District of California

Robert Elmer Barber,

      Petitioner,  No. Civ. S 04-1844 MCE PAN P

  vs.  Order

McGregor W. Scott, et al.,

      Respondents.

-oOo-

November 28, 2005, petitioner requested an extension of time to file and serve a reply. Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: December 13, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge