United States District Court

Eastern District of California

Robert Elmer Barber,

    Petitioner,                    No. Civ. S 04-1844 MCE PAN P

  vs.                                Order

McGregor W. Scott, et al.,

    Respondents.

-oOo-

January 13, 2006, petitioner requested an extension of time to file and serve a reply. Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: January 19, 2006.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge